PROB 35  
(Rev. pawp 6/03)

**Report and Order Terminating Probation/Supervised Release  
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

**Western District Of Pennsylvania**

UNITED STATES OF AMERICA

v.

Teodora Yearwood

Criminal No. 0315 2:00CR00169-002

On January 9, 2004, the above named was placed on probation for a period of 60 months. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

*Roselyn Gerson*  
Roselyn Gerson  
Supervising United States Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___1st___ day of ___March___, 20_06_.

*Donetta W. Ambrose*  
Donetta W. Ambrose  
Chief United States District Judge